**Exhibit F**



**United States Copyright Office**
Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

February 14, 2006

Dear Mr. Checole:

This concerns a notice of mandatory deposit for two copies of 65 titles of works published by Africa World Press.

Under section 407 of the copyright law, the owner of copyright or of the exclusive right of publication of a work published under copyright protection in the United States is required to deposit in the Copyright Office two complete copies of the best edition of the work for the use or disposition of the Library of Congress. Failure to comply makes you liable to penalties prescribed by the copyright law, including a fine of up to $250 per work and payment to the Library of the total retail price of the copies claimed.

On June 24, 2005, the Copyright Acquisitions Division of the Copyright Office, mailed a formal demand to Africa World Press to deposit two copies of sixty-six titles being distributed in the United States. On August 17, 2005 a reminder letter was mailed, and on September 29, 2005 a follow-up letter was sent. The follow-up letter eliminated one of the titles because it was already in the collections. On November 1, 2005, Eileen Lowry, Copyright Acquisitions Specialist, contacted your office by telephone regarding your company's noncompliance with the demands which had been issued. Two more titles were eliminated from the demand because they were in the collections, leaving 63 titles open. On November 8, 2005, a final demand for the 63 titles was sent by certified mail.

Additionally, demands for two other titles distributed by Africa World Press are now overdue. The work POPULIST DIMENSION TO AFRICAN POLITICAL THOUGHT: ESSAYS IN RECONSTRUCTION AND RETRIEVAL, by P.L.E. Idahosa was demanded on May 5, 2005, with follow-ups sent September 13, 2005 and November 8, 2005. The work SWAHILI MODERNITIES: CULTURE, POLITICS, AND IDENTITY ON THE EAST COAST OF AFRICA, edited by Pat Caplan and Farouk Topan, was demanded on April 19, 2005, with follow-ups sent September 13, 2005 and November 8, 2005.

On February 3, 2006, the case file on the 65 titles was referred to the General Counsel's Office for enforcement of the mandatory deposit requirement. I have reviewed the file in this case, and have concluded that you are obligated to deposit as you have been requested. While the case can be referred to the U.S. Department of Justice at this time, I am writing this last letter in the hope that this inconvenience to you and to the government can be avoided.

The mandatory deposit provision enables the Library of Congress to serve as one of the leading archives of cultural history in the world. The sixty-five titles covered in this demand have been identified as works which would be important additions to the Library's collections.

Kassahun Checole                    -2-                    February 14, 2006

     To expedite processing and forestall referral to the U.S. Justice Department, the copies should be accompanied by one of the enclosed pink copies of the shipping instructions. Additionally, please use the enclosed mailing labels so you will be given proper credit for making the required deposit. If we do not receive the requested deposit within four weeks, the case file will be forwarded to the Justice Department.

     We look forward to receiving the titles which have been demanded.

Sincerely yours,

Kent Dunlap
Principal Legal Advisor
for the General Counsel

Enc:  5 copies of shipping instructions and
      list of titles; 5 shipping labels

Africa World Press
Attn: Kassahun Checole
541 West Ingham Ave., Suite B
Trenton, NJ  08638

## List of Titles
## Africa World Press

1. 1592211321     Africa and the world trading system/T Ademola Oyejide; W M Lyakurwa.

2. 1592212964     Africa in the twentieth century: the Adu Boahen reader/edited by Toyin Falola.

3. 1592211437     African theatre: Southern Africa/Martin Banham; James Gibbs; Femi Osofisan; David Kerr.

4. 1592212379     Agricultural biotechnology reconsidered: western narratives and African alternatives/by Noah Zerbe.

5. 159221231X     Ahmadu fulani: an african poetry/by Abdul-Rasheed NaAllah.

6. 1569022003     Arabic for English speaking medics/by Sharifa M. Zawawi.

7. 1569021961     Arrows and the bow/Ladu Jada Gubek.

8. 1592212042     Before Brown, beyond boundaries: commemorating the 50th anniversary of Brown v. Board of Education/Association for the Study of African-American Life and History.

9. 1592211747     Bond without blood: a history of Ethiopian and New World Black relations, 1896-1991/Fikru Negash Gebrekidan.

10. 0865439753     Breaking barriers, creating new hopes: democracy, civil society and good governance in Africa / Abdalla Bujra; Said Adejumobi.

11. 1569021988     Building a new nation: collected articles on the Eritrean revolution (1983-2002)/Dan Connell.

12. 1592211917     Call me by my rightful name/Isidore Okpewho.

13. 1592211585     Cantata for Jimmy/Rashidah Ismaili.

14. 1569022143     The challenges of a society in transition: legal development in Eritrea/by Yohannes Gebremedhin.

15. 1569022089     Coping with torture: images from Sudan/edited by Ann M. Lesch and Osman Fadl.

16. 1592211445 (v. 1)   Debating the African condition: Ali Mazrui and his critics/edited
     1592211461 (v. 2)   by Alamin M. Mazrui, Willy M. Mutunga.

17. 1592211070     Did God make them black?/Isaac O. Olaleye.

18. 1592212271     Efunsetan aniwura: Iyalode ibadan, and Tinuubu iyalode egba (the Yoruba historical dramas of Akinwunmi Isola)/Pamela J. Olâubáunmi Smith, translator.

19. 1592210732     Emerging perspectives on Bessie Head/edited by Huma Ibrahim.

20. 0865438757     Emerging perspectives on Chinua Achebe/edited by Ernest N. Emenyonu.

21. 1592211623     Ethics and the ·Internet in West Africa:   toward an ethical model of integration/Patrick J. Brunet, Oumarou Tiemtorâe, and Marie-Claude Vettraino-Soulard.

22. 1592212336     Flight in search of vision/James B. Stewart.

23. 1592212735     Gender and identity in the works of Osonye Tess Onwueme/by Iniobong I. Uko.

24. 1592211925     Globalization and urbanization in Africa/ed., Toyin Falola and Steven J. Salm.

25. 159221214X     Hope in the midst of despair:  a novelist's cures for Africa/by Tsegaye Wodajo.

26. 1592213030     I laugh so I won't cry:  Kenya's women tell the stories of their lives/Helena Halperin.

27. 1592212069     Institutions and development in Africa/John Mukum Mbaku.

28. 1592213251     Islam:  between globalization & counter-terrorism/Ali A. Mazrui; edited by Shalahudin Kafrawi, Alamin M. Mazrui, Ruzima Sebuharara.

29. 159221200X     Kinyira njira_:  step firmly on the pathway/Chege Githiora; Heather Littlefield; Victor Manfredi.

30. 0852555822     The languages & literatures of Africa:  the sands of Babel/Alain Ricard.

31. 159221178X     The leadership challenge in Africa:  Cameroon under Paul Biya/edited by John Mukum Mbaku and Joseph Takougang.

32. 1569022100     Light the lights/Charles Cantalupo.

33. 1592212913     The_Liverpool_ of West Africa:  the dynamics and impact of maritime trade in Lagos, 1900-1950/Ayodeji Olukoju.

34. 1592210856     Modernity and the African cinema: a study in colonial discourse, post- coloniality, and modern African identities/Femi Okiremuete Shaka.

35. 1592211720     Multilingualism:  a Nigerian case study/Efurosibina Adegbija.

36. 1592211682     Nigerian cities/edited by Toyin Falola and Steven J. Salm.

37. 1592213235     Nigerian history, politics, and affairs: the collected essays of Adiele Afigbo/edited by Toyin Falola.

38. 1592212255     Pan African nationalism in the Americas:  the life and times of John Henrik Clarke/edited by James L. Conyers, Jr. and Julius E. Thompson.

39. 1592212026     The parachute drop/by Nobert Zongo; translated from the French by Christopher Wise.

40. 1592210953     Politics and society in Nigeria's Middlebelt: Borgu and the emergence of a political identity/Julius O. Adekunle.

41. 159221164X     The politics of trade and industrial policy in Africa: forced consensus?/edited by Charles C. Soludo, Osita Ogbu, and Ha-Joon Chang.

42. 1592210295     Postmodernism, postcoloniality, and African studies/edited by Zine Magubane.

43. 159221293X     Power and press freedom in Liberia, 1830-1970: the impact of globalization and civil society on media-government relations/Carl Patrick Burrowes.

44. 1592211607     Power, politics, and the African condition/edited by Robert L. Ostergard, Jr. ... [et al.].

45. 156902202X     Putting the cart before the horse: contested nationalism and the crisis of the nation-state in Somalia/edited by Abdi Kusow.

46. 1569021783     Race and identity in the Nile Valley: ancient and modern perspectives /edited by Carolyn Fluehr-Lobban and Kharyssa Rhodes.

47. 1592210597     Reconnecting memories: dreams no longer deferred: new & selected poems/by Mwatabu S. Okantah.

48. 1592212204     Recovering letters, discovering numbers: literary and statistical studies/by Bernth Lindfors.

49. 1592211887     Romancing the gun: the press as promoter of military rule/Ndaeyo Uko.

50. 1592210023     Schooling and education in Africa: the case of Ghana/George Jerry Sefa Dei.

51. 1592211054     Scriptural politics: the Bible and the Koran as political models in the Middle East and Africa/edited by Niels Kastfelt.

52. 1569022046     Sidis and scholars: essays on African Indians/edited by Amy Catlin- Jairazbhoy, Edward A. Alpers.

53. 1592212670     Socio-economic challenges: the African context/M Henry Kyambalesa.

54. 0865439109     The sociolinguistics of borderlands: two nations, one community/by Tope Omoniyi.

55. 1592212646     The souls of Black folk: centennial reflections/Tamara L Brown; Ida Jones; Yohuru H Williams; W E B Du Bois.

56. 1592210759     Strike a woman, strike a rock: fighting for freedom in South Africa/Barbara Hutmacher MacLean.

57. 1592212352    Sustainable development in Africa: a multifaceted challenge/edited by Okechukwu Ukaga And Osita G. Afoaku.

58. 1592212794    Truth crushed to the earth will rise again_: the East organization and the principles and practice of Black nationalist development/Kwasi Konadu.

59. 156902216X    Unfinished business: Ethiopia and Eritrea at war/edited by Dominique Jacquin-Berdal and Martin Plaut.

60. 1592212107    Unlawful occupation: informal settlements and urban policy in South Africa and Brazil/Marie Huchzermeyer.

61. 1569021929    Wake up, Hanna_: reintegration and reconstruction challenges for post-war Eritrea/Amanuel Mehreteab.

62. 1569021864    War destroys, peace nurtures: reconciliation and development in Somalia/Richard Ford; Hussein Mohamed Adam; Edna Adan Ismail.

63. 1592212751    The Zimbabwe African People's Union, 1961-87: a political history of insurgency in Southern Rhodesia/Eliakim M Sibanda.

64. 1592210996    Populist dimension to African political thought:  essays in reconstruction and retrieval/P.L.E. Idahosa.

65. 1592210457    Swahili modernities: culture, politics, and identity of the east coast of Africa/edited by Pat Caplan and Farouk Topan.